IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22- |
| v. | : | DATE FILED: |
| TRANQUILINO LEON-VASQUEZ,<br>a/k/a "Tranquilino Leon,"<br>a/k/a "Ervin Alexander Vasquez-Rodas,"<br>a/k/a "Elvin Vasquez" | :<br><br>: | VIOLATION:<br>8 U.S.C. § 1326(a)<br>(reentry after deportation-1 count) |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about April 1, 2017, in the Eastern District of Pennsylvania, defendant

**TRANQUILINO LEON-VASQUEZ,**
a/k/a "Tranquilino Leon,"
a/k/a "Ervin Alexander Vasquez-Rodas,"
a/k/a "Elvin Vasquez,"

an alien, and native and citizen of Honduras, who had previously been deported and removed from the United States on or about March 18, 2004 and September 16, 2004, was found in the United States, having knowingly and unlawfully reentered the United States without first applying to the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557), for permission to reapply for admission, and without receiving in response the express consent of the Attorney General or his successor to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

███████████████

_Ronald Barock for_
JENNIFER ARBITTIER WILLIAMS
United States Attorney

No._____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

TRANQUILINO LEON-VASQUEZ,
a/k/a "Tranquilino Leon,"
a/k/a "Ervin Alexander Vasquez-Rodas,"
a/k/a "Elvin Vasquez"

INDICTMENT

Counts
8 U.S.C. § 1326(a) (reentry after deportation-1 count)

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Filed in open court this 30th day,
Of March A.D. 20 22

Clerk

Bail, $_____