# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 22-110-1 |
| | : | |
| TRANQUILINO LEON-VASQUEZ | : | |

## ENTRY OF APPEARANCE AND WITHDRAWAL OF APPEARANCE

I hereby enter my appearance on behalf of defendant, Tranquilino Leon-Vasquez, in the above-captioned matter. Please remove Andrew C. Moon, Assistant Federal Defender as attorney of record.

Respectfully submitted,

 /s/ Nancy MacEoin
NANCY MacEOIN
Assistant Federal Defender

Withdrawing Attorney:

 /s/ Andrew C. Moon
ANDREW C. MOON
Assistant Federal Defender

# CERTIFICATE OF SERVICE

I, Nancy MacEoin, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I filed the attached Entry of Appearance and Withdrawal of Appearance via the Court's Electronic Filing (ECF) system, which sent notification to Christopher John Mannion, Assistant United States Attorney, Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania 19106, via his email address Christopher.Mannion@usdoj.gov.

/s/ Nancy MacEoin
NANCY MacEOIN
Assistant Federal Defender

DATE: September 1, 2022