AO 442 (Rev. 11/11) Arrest Warrant  (M. Sendek Authorizing)   PPS                                   C&W No. 17-047

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

United States of America
v.
TRANQUILINO LEON-VASQUEZ,
a/k/a "Tranquilino Leon,"
a/k/a "Ervin Alexander Vasquez-Rodas,"
a/k/a "Ervin Vasquez"

12-25-78

Defendant

Case No. 17-506

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Tranquilino Leon-Vasquez," a/k/a "Tranquilino Leon," a/k/a "Ervin Alexander Vasquez-Rodas,"
who is accused of an offense or violation based on the following document filed with the court: a/k/a "Ervin Vasquez"

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about April 1, 2017, in Philadelphia, in the Eastern District of Pennsylvania, defendant Tranquilino Leon-Vasquez, an alien, and native and citizen of Honduras, who had previously been deported from the United States on or about March 18, 2004, and September 16, 2004, was found in the United States, having knowingly and unlawfully re-entered the United States without first applying to the Attorney General of the United States or his successor, the Secretary of Homeland Security for permission to reapply for admission, and without receiving in response the express consent of the Attorney General or the Secretary of Homeland Security, to reapply for admission, in violation of 8 U.S.C. Sec.1326(a).

Date: April 7, 2017

*Issuing officer's signature*

City and state: Philadelphia, PA     HON. CAROL SANDRA MOORE WELLS, USMJ
*Printed name and title*

**Return**

This warrant was received on *(date)* 4-7-17, and the person was arrested on *(date)* 4-8-22
at *(city and state)* PA

Date: 4-8-22               ICE
                        *Arresting officer's signature*

                        *Printed name and title*

Case Agent: Robert E. Wright, Deportation Officer, DHS-ERO